IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GENE RENARD DAVIS, | * |
| Plaintiff, | * |
| v. | Case No. 3:25-cv-00076-CDL-AGH |
| | * |
| ALLSTATE INSURANCE COMPANY, | |
| | * |
| Defendant. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated 10/9/2025 having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 9th day of October, 2025.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk